Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-462-342

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
September 11, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Silly Tasks Raccoon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | February 16, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Zeraph Moore |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zeraph Moore |
| | 91 5th St., Bangor, ME, 4401, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zeraph Moore |
| **Email:** | dylan@boypilotgoods.com |
| **Address:** | 91 5th St. |
| | Bangor, ME 4401 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 30, 2025 |
| **Applicant's Tracking Number:** | ZM2025043002 |

Page 1 of 2

**Correspondence:** Yes

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork in the deposited work. Copyright does not protect names, titles, short phrases or slogans. 37 C.F. R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-258

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
July 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Queer UFO |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 16, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zeraph Moore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zeraph Moore |
| | 91 5th St., Bangor, ME, 4401, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | The UFO illustration |
| **New material included in claim:** | The arrangement and overall composition, background space, and rainbow beam design. |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zeraph Moore |
| **Email:** | dylan@boypilotgoods.com |
| **Address:** | 91 5th St. |
| | Bangor, ME 4401 United States |

## Certification

**Name:** David Denholm
**Date:** April 30, 2025
**Applicant's Tracking Number:** ZM2025043001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-331

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
July 22, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wise Possum |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zeraph Moore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zeraph Moore |
| | 91 5th St., Bangor, ME, 4401, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zeraph Moore |
| **Email:** | dylan@boypilotgoods.com |
| **Address:** | 91 5th St. |
| | Bangor, ME 4401 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 30, 2025 |
| **Applicant's Tracking Number:** | ZM2025043004 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-341

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
September 11, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Three Possum |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 03, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zeraph Moore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zeraph Moore |
| | 91 5th St., Bangor, ME, 4401, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zeraph Moore |
| **Email:** | dylan@boypilotgoods.com |
| **Address:** | 91 5th St. |
| | Bangor, ME 4401 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 30, 2025 |
| **Applicant's Tracking Number:** | ZM2025043003 |

Page 1 of 2

**Correspondence:** Yes

