**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ZERAPH MOORE,

      Plaintiff,                            Case No.: 1:26-cv-03008

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | zhang66 |
| 2 | MYSHASF |
| 3 | mengcunqiongshangmaoyouxiangongsi |
| 4 | MANYPINS |
| 5 | KKIshop |
| 6 | shuoyu shirts |
| 7 | ZENDXI |
| 8 | A Sweetheart Shop |
| 9 | nuzhuangA |
| 10 | WANGJUNKAI |
| 11 | XINYUN FASHION |
| 12 | Xiao Zhan clothing |
| 13 | Commemorative brooch |
| 14 | Wood and Steel |
| 15 | Aevorion |
| 16 | BOOM SWEET |
| 17 | Geochrome |
| 18 | Art iron plate painting |
| 19 | Iridiscape |
| 20 | Santiagooo |
| 21 | Dreamer lamb |
| 22 | Zhouzhous Little Shop |
| 23 | giftyoubang |
| 24 | Pins Lover |
| 25 | SHOP PIN |

1

| 26 | catgood |
|----|---------|
| 27 | egggood |
| 28 | Nebula Noir |
| 29 | TOP Shelf Hats |
| 30 | Digital Printing World |
| 31 | photosynthesis pro |
| 32 | Enamel Pins |
| 33 | Tinplate Pins |
| 34 | BSET PINS |
| 35 | PINSTAR |
| 36 | PINS FOR YOU |
| 37 | Nice car sticker |
| 38 | Sycc Auto supplies |
| 39 | XXX NNN |
| 40 | Cool Sticker |
| 41 | Qndblown car sticke |
| 42 | Continuous Good Luck Sticker |
| 43 | Best decals |
| 44 | Hi decals |
| 45 | wooden bucket rice |
| 46 | ZYCRPR |
| 47 | I will try |
| 48 | Where to post |
| 49 | AAATWO G |
| 50 | Copy to the first |
| 51 | linghet |
| 52 | Wu bai wan sticker |
| 53 | dogfunny |
| 54 | ARTMaster |
| 55 | The little girl selling stickers |
| 56 | Cool Sticker decals |
| 57 | ZG Stickers |
| 58 | Me and my brothers |
| 59 | Ladytot |
| 60 | HEYtot |
| 61 | Morta lstar x |
| 62 | Teenage dreamer |
| 63 | XXX KKK |
| 64 | Hello decals |
| 65 | Young hl Shop |
| 66 | Trumpet XVIII |

| 67 | XXX YYY |
| 68 | Cousin car decal small world |
| 69 | FISHh SHOP |
| 70 | Yefeng Auto car accessories |
| 71 | Quangshengbei |
| 72 | Biber car stickers |
| 73 | neon-factory |
| 74 | shineneon |