**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ZERAPH MOORE,

      Plaintiff,                                 Case No.: 1:26-cv-03008

v.                                     Judge Sara L. Ellis

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Gabriel A. Fuentes
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | Biber car stickers |

1